In the Matter of the Estate of JOHN J. P. READ, Deceased. JENNIE W. COTTLE and Another, as Executors, etc., of OCTAVIUS O. COTTLE, Deceased, and Others, Appellants; WILBER W. CHAMBERS, as Deputy Attorney-General, etc., and Another, Respondents.— Decree and order reversed upon the law, report of referee confirmed and proceedings dismissed, with costs. Held, that the petitioner, Wilber W. Chambers, as one of the People of the State of New York, was not a person interested in the estate within the meaning of section 2603 of the Code of Civil Procedure.* All concur.

CHARLES A. WHITE, as Administrator, etc., of JOHN DUBEL, Deceased, Appellant, v. JACOB DUBEL, Respondent.— Judgment and order affirmed, with costs, upon the authority of *Shea* v. *United States Industrial Ins. Co.* (23 App. Div. 53). All concur.

CHARLES A. WHITE, as Administrator, etc., of JOHN DUBEL, Deceased, Appellant, v. ANNA KOLEC, Respondent.— Judgment and order reversed on the law, and judgment directed for the plaintiff upon the authority of *Nolan* v. *Prudential Ins. Co.* (139 App. Div. 166). The finding that the defendant retained the policy and the finding of fact contained in the first and second conclusions of law to the effect that there was an election by the insurance company, which was irrevocable, are disapproved and reversed. All concur.

CHARLES A. WHITE, as Administrator, etc., of JOHN DUBEL, Deceased, Appellant, v. JACOB KOLEC, Respondent.— Judgment and order reversed on the law, and judgment directed for the plaintiff upon the authority of *Nolan* v. *Prudential Ins. Co.* (139 App. Div. 166). The finding that the defendant retained the policy and the finding of fact contained in the first and second conclusions of law to the effect that there was an election by the insurance company which was irrevocable, are disapproved and reversed. All concur.

In the Matter of the Application of SIMON FLEISCHMANN and WILLIAM R. POOLEY, Respondents, for a Writ of Mandamus against Ross GRAVES, as Commissioner of Finance and Accounts of the City of Buffalo, Appellant.— Order affirmed, with costs. All concur.

NEW YORK STATE RAILWAYS, Appellant, v. CITY OF SYRACUSE, Respondent.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Application of the GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO, Appellants, for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners of and Persons Interested in Certain Lands, etc., Claimed to Be Owned by BARCALO MANUFACTURING COMPANY and Others. THE CITY OF BUFFALO and Others, Appellants; BARCALO MANUFACTURING COMPANY, Respondent.— Order affirmed, with costs. All concur.

NATALIE GEORGER JEWETT, as Administratrix, etc., of JOSIAH JEWETT, JR., Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

MARTHA SEBRY, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

ALFRED J. FARNETT, Respondent, v. DAVIS WALLBRIDGE, Appellant.— Judgment and order affirmed, with costs. All concur.

---

* Now Surr. Ct. Act, § 133.— [REP.